UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

vs.

                                   5:09-CV-718 (FJS/GJD)

DIVERSIFIED T.E.S.T. TECHNOLOGIES,
    INC., ET AL.,

                          Defendants.
_____

### ORDER OF RECUSAL

The undersigned hereby **RECUSES** himself from the above-entitled action. The Clerk is authorized and directed to reassign this case to another Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the Clerk enter this Order of Recusal for the undersigned, and it is further

**ORDERED**, that the Clerk shall reassign this case to another Magistrate Judge, and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the parties and the Magistrate Judge to whom the case is assigned.

Dated: October 1, 2009

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge